UNITED STATES *versus* ONE PIECE CLOTH CONTAINING SEVEN-EIGHTHS YARD, ONE PIECE COTTON PLAID SIX AND ONE-HALF YARDS, THREE PIECES CALICO FOURTEEN AND THREE-FOURTHS YARDS, ONE SILK HANDKERCHIEF, ONE SHAWL, FOUR ROLLS RIBBON, THREE PIPES, FIFTY KNEE BELLS, ONE BLANKET, FIFTEEN PIECES CALICO CONTAINING ONE HUNDRED AND THIRTY-NINE AND FIVE-EIGHTHS YARDS, TWO PIECES FACTORY PLAID THIRTY-SEVEN AND ONE-HALF YARDS, ONE PIECE BLUE CLOTH TEN YARDS, FIVE HANDKERCHIEFS, THIRTY-ONE TIN PAILS, ONE PIECE BLUE CLOTH THREE AND ONE-FOURTH YARDS, FIVE COTTON HANDKER-CHIEFS, ONE PIECE FACTORY PLAID THIRTY AND THREE-FOURTHS YARDS, THREE BLAN-KETS, ONE PIECE FACTORY SHEETING THIRTY-TWO YARDS, ONE PIECE STROUDING SIX YARDS, ONE BAG SHOT, ONE PIECE LEAD, THREE FILES, AND SIX KNIVES, CLAIMED BY ISAAC CASE.

JOURNAL ENTRIES: (1) Dec. 11, 1832: libel filed, time fixed for trial, notice ordered published; (2) Dec. 27, 1832: publication proved, proclamation made, notice of claim, time for hearing extended; (3) Dec. 31, 1832: motion for judgment; (4) Feb. 21, 1833: claim and bond filed, claimant allowed to prosecute claim; (5) Jan. 9, 1834: motion for continuance granted, absent witness ordered attached, motion by claimant for restoration of goods, attendance of witnesses proved; (6) June 4, 1834: discontinued, reasonable cause for seizure certified, property ordered restored to claimant, attendance of witnesses proved; (7) June 28, 1834: property ordered delivered to claimant.

PAPERS IN FILE (1832–34): (1) Libel; (2) published notice, proof of publication and posting; (3) affidavit of James H. Cook; (4) claim, claimant's bond; (5) claimant's plea; (6–10) subpoenas; (11) affidavit for continuance; (12–15) subpoenas. *File No. 78.*